# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BALLARD NURSING CENTER, INC.,

v.

CARE DIAGNOSTIC SERVICES, LLC, and JOHN DOES1-10

Case Number:
FILED COPY: MAY 12, 2008
08CV2749   DAJ
JUDGE ST.EVE
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ballard Nursing Center, Inc., Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Daniel A. Edelman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel A. Edelman | |
| FIRM <br> Edelman, Combs, Latturner, & Goodwin | |
| STREET ADDRESS <br> 120 S. La Salle St., 18th Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00712094 | TELEPHONE NUMBER <br> 312.739.4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |