**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BALLARD NURSING CENTER, INC.,<br><br>v.<br><br>CARE DIAGNOSTIC SERVICES, LLC, and JOHN DOES1-10 | Case Number:<br>FILED COPY: MAY 12, 2008<br>08CV2749   DAJ<br>JUDGE ST.EVE<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ballard Nursing Center, Inc., Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>James O. Latturner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James O. Latturner | |
| FIRM<br>Edelman, Combs, Latturner, & Goodwin | |
| STREET ADDRESS<br>120 S. La Salle St., 18th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01588095 | TELEPHONE NUMBER<br>312.739.4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |