**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BALLARD NURSING CENTER, INC., | FILED COPY: MAY 12, 2008 |
| | 08CV2749   DAJ |
| v. | JUDGE ST.EVE |
| CARE DIAGNOSTIC SERVICES, LLC, and JOHN DOES1-10 | MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ballard Nursing Center, Inc., Plaintiff

| NAME (Type or print) |
|---|
| Dulijaza Clark |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Dulijaza Clark |
| FIRM |
| Edelman, Combs, Latturner, & Goodwin |
| STREET ADDRESS |
| 120 S. La Salle St., 18th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273353 | 312.739.4200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐