AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BALLARD NURSING CENTER, INC.,

V.

CARE DIAGNOSTIC SERVICES, LLC,
and JOHN DOES 1-10

CASE NUMBER: **08 C 2749**

ASSIGNED JUDGE: **JUDGE ST. EVE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

CARE DIAGNOSTIC SERVICES, LLC
c/o MOHAMMED HUSSAIN MUQEEM, registered agent
1 SOUTH 246 WISCONSIN AVE
LOMBARD, IL 60148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner, & Goodwin, LLC
120 South La Salle Street
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



May 12, 2008
_____
Date

**CAPITAL** Security & Investigations, Inc.
917 Lunt Ave. • Schaumburg, IL 60193 • (847) 524-0711 • Fax: (847) 524-5899

# ENDORSEMENT OF SERVICE AND AFFIDAVIT

| | | |
|---|---|---|
| Date Received: 5/15/2008 | Case Number: 08 C 2749 | Type of Service: X Normal / RUSH |
| Plaintiff(s): **Ballard Nursing Center, Inc.** | Last Serve Date (if any:) | Attorney or Firm |
| Vs. | Name: **Care Diagnostic Services, LLC c/o Mohammed Hussein Muqueem** | EDELMAN, COMBS, LATTURNER & GOODWIN, LLC |
| Defendant(s): **Care Diagnostic Services, LLC, and John Does 1-10** | Service Address: **1 South 246 Wisconsin Avenue Lombard, IL 60148** PHONE: | 120 SOUTH LASALLE ST. 18th Fl CHICAGO, IL 60603 FAX: 312-419-0379 |
| | County of **COOK** **ILLINOIS** | |

___ **Personal Service:** By leaving a copy of the Summons and Complaint with the Named Defendant Personally.

___ **Substitute Service:** By leaving a copy of the Summons and Complaint at the Defendant's usual place of abode with some person of the family, of the age of thirteen (13) years or upwards, and informing that person of the contents thereof.

_X_ **Corporate Service:** By leaving a copy of the Summons and Complaint with the registered agent, or agent of the defendants corporation

BY: Printed Name of Process Server: **William Shurtleff**     License #: **117-001004/115-001430**

Writ _X_ Served on _Marilyn Flores (Mohammed Hussein Muqueem's [illegible])_
Sex _Female_ Race _White_ Age _56_ Ht. _5'7"_ Wt. _145_ Hair _Brown_
This _23rd_ day of _May 2008_ Time _1:30_ A.M. / **P.M.**
Additional Remarks: _Mrs. Flores works for Care Diagnostic Services_

**The Named Defendant Was Not Served.**
Type of Building: _Single-Family Home_
Neighbors Name: ___
Address: ___

**ATTEMPTED SERVICES**

| DATE | TIME (AM/PM) | COMMENTS |
|---|---|---|
| 5-15-08 | 1:17 | Attempted Service, No Answer |
| | | |
| | | |
| | | |

Comments: ___

Signed and Sworn to (or Affirmed) by

_[signature]_
Notary Public
before me, this _23rd_ day of May-08
Seal

"OFFICIAL SEAL"
LORI GONZALEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/2/2011

Fee For Service ___
I certify that I have no interest in the above action; I am a Processes Server in good standing and served all Documents given to me in this matter.

By: _Wm. L. Shurtleff_
License # 117-001004/115-001430