IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALLARD NURSING CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 2749 |
| v. ) | |
| ) | Judge St. Eve |
| CARE DIAGNOSTIC SERVICES, LLC, ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR DEFAULT**

NOW COMES plaintiff, who respectfully requests that this Court issue an order declaring defendant Care Diagnostic Services, LLC to be in default and setting this matter for prove up of damages and attorney's fees and costs.

In support of this motion, plaintiffs state:

1. Plaintiff Ballard Nursing Center, Inc., brought this action to secure redress for the actions of defendant Care Diagnostic Services, LLC, in sending or causing the sending of unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"), the Illinois Consumer Fraud Act, 815 ILCS 505/2 ("ICFA"), and the common law.

2. This case was filed on May 12, 2008, and defendant Care Diagnostic Services, LLC was served on May 23, 2008, by delivering a copy of the summons and complaint to the address of its registered agent, at which the mother of the registered agent and employee of defendant was present and accepted service. Care Diagnostic Services' court-ordered answer date was June 12, 2008. (Exhibit A)

3. As of the date of the filing of this motion, defendant has not appeared,

1

answered or otherwise filed a responsive pleading to plaintiff's complaint.

      4.     Plaintiff respectfully requests a judgment of $1,500.00 per facsimile, pursuant to 47 U.S.C. § 227(b)(3), plus reasonable attorney's fees and costs, be entered against Care Diagnostic Services, LLC

      WHEREFORE, plaintiff respectfully requests that this Court enter an order of default against Care Diagnostic Services, LLC, and in favor of plaintiff and set a date for prove up of damages and attorney's fees and costs.

      Respectfully submitted,

      /s/ Julie Clark
      Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

2

# EXHIBIT A

Case 1:08-cv-02749  Document 10-2  Filed 06/18/2008  Page 1 of 3

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BALLARD NURSING CENTER, INC.,

CASE NUMBER: **08 C 2749**

V.

ASSIGNED JUDGE:

CARE DIAGNOSTIC SERVICES, LLC, and JOHN DOES 1-10

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ST. EVE**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

CARE DIAGNOSTIC SERVICES, LLC
c/o MOHAMMED HUSSAIN MUQEEM, registered agent
1 SOUTH 246 WISCONSIN AVE
LOMBARD, IL 60148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner, & Goodwin, LLC
120 South La Salle Street
18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

May 12, 2008
Date



# ENDORSEMENT OF SERVICE AND AFFIDAVIT

| Date Received | 5/15/2008 | Case Number | 08 C 2749 | Type of Service | X | |
|---|---|---|---|---|---|---|
| | | Last Serve Date (if any): | | | Normal | RUSH |

| Plaintiff(s) | Name | Care Diagnostic Services, LLC c/o Mohammed Hussein Muqueem | Attorney or Firm |
|---|---|---|---|
| Ballard Nursing Center, Inc. | Service Address | | EDELMAN, COMBS, LATTURNER & GOODWIN, LLC |
| Vs. | | 1 South 246 Wisconsin Avenue | 120 SOUTH LASALLE ST. 18th Fl |
| Defendant(s) | | Lombard, IL 60148 | CHICAGO, IL 60603 |
| Care Diagnostic Services, LLC, and John Does 1-10 | PHONE: | | FAX: 312-419-0379 |
| | County of | COOK | ILLINOIS |

___ **Personal Service:** By leaving a copy of the Summons and Complaint with the Named Defendant Personally.

___ **Substitute Service:** By leaving a copy of the Summons and Complaint at the Defendant's usual place of abode with some person of the family, of the age of thirteen (13) years or upwards, and informing that person of the contents thereof.

_X_ **Corporate Service:** By leaving a copy of the Summons and Complaint with the registered agent, or agent of the defendants corporation

BY: Printed Name of Process Server: **William Shurtleff**   License #: **117-001004/115-001430**

Writ  _X_  Served on _Marilyn Flores (Mohammed Hussein Muqueem)_
Sex _Female_  Race _White_  Age _56_  Ht. _5'7"_  Wt. _145_  Hair _Brown_
This _23rd_ day of _May 2008_  Time _1:30_ (A.M. / P.M.)
Additional Remarks: _Mrs. Flores works for Care Diagnostic Services_

___ The Named Defendant Was Not Served.
Type of Building: _Single-Family Home_
Neighbors Name: ___
Address: ___

**ATTEMPTED SERVICES**

| DATE | TIME (AM/PM) | COMMENTS |
|---|---|---|
| 5-15-08 | 1:17 | Attempted Service, No Answer |

Comments: ___

| Signed and Sworn to (or Affirmed) by | Fee For Service ___ |
|---|---|
| *L. Gonzalez* (signature) | I certify that I have no interest in the above action; I am a Processes Server in good standing and served all Documents given to me in this matter. |
| Notary Public | |
| before me, this _23rd_ day of May-08 | By: *Wm. L. Shurtleff* (signature) |
| Seal | License # 117-001004/115-001430 |

"OFFICIAL SEAL"
LORI GONZALEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/2/2011