### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BALLARD NURSING CENTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 2749 |
| v. | ) | |
| | ) | Judge St. Eve |
| CARE DIAGNOSTIC SERVICES, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO**:    Please see Certificate of Service.

      **PLEASE TAKE NOTICE** that on June 24, 2008, at 8:30 a.m., we shall appear before Judge St. Eve  in Room 1241 of the Everett McKinley Dirksen United States Courthouse and then and there present: **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT,** a copy of which is attached and hereby served upon you.


      /s/ Julie Clark_____
      Julie Clark


Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

I Julie Clark, certify that on June 18, 2008,  I had a copy of the foregoing Plaintiff's Motion for Entry of Default sent via facsimile and U.S Mail upon the below referenced party:

CARE DIAGNOSTIC SERVICES, LLC
7459 N. WESTERN AVE.
CHICAGO, IL 60645
773.338.3355 (FAX)

*via certified and U.S. Mail to:*

CARE DIAGNOSTIC SERVICES, LLC
c/o MOHAMMED HUSSAIN MUQEEM, registered agent
1 SOUTH 246 WISCONSIN AVE
LOMBARD, IL 60148

/s/ Julie Clark
Julie Clark