# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ballard Nursing Center, Inc.

                      Plaintiff,

v.                                                  Case No.: 1:08−cv−02749

                                                        Honorable Amy J. St. Eve

Care Diagnostic Services, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

       MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 6/24/08. Plaintiff's motion for default [10] is denied without prejudice. Status hearing held on 6/24/2008 and continued to 7/24/08 at 8:30 a.m.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.