IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BALLARD NURSING CENTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 2749 |
| v. | ) | |
| | ) | Judge St. Eve |
| CARE DIAGNOSTIC SERVICES, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S LOCAL RULE 3.2 STATEMENT**

Plaintiff, Ballard Nursing Center, Inc., is a privately held entity. It does not have any publicly held affiliates.

       /s/ Julie Clark
       Julie Clark

Daniel A. Edelman
Cathleen M. Combs
Tara Goodwin
Michelle R. Teggelaar
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106

## CERTIFICATE OF SERVICE

      I, Julie Clark, certify that on July 23, 2008, I had a copy of the foregoing Plaintiff's Local Rule 3.2 Statement to be filed via the CM/ECF system and served via facsimile and U.S Mail upon the below referenced party:


CARE DIAGNOSTIC SERVICES, LLC
7459 N. WESTERN AVE.
CHICAGO, IL 60645
773.338.3355 (FAX)

*via certified and U.S. Mail to:*

CARE DIAGNOSTIC SERVICES, LLC
c/o MOHAMMED HUSSAIN MUQEEM, registered agent
1 SOUTH 246 WISCONSIN AVE
LOMBARD, IL 60148


                                                        /s/ Julie Clark
                                                        Julie Clark